UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONIO MCCLAIN, | CASE NO. C25-2344-KKE |
| Plaintiff(s), | SECOND ORDER DIRECTING CLERK TO ISSUE NOTICE OF FILING DEFICIENCY AND SEND IT TO PLAINTIFF'S UPDATED ADDRESS |
| v. | |
| KENDRA SCOTT, | |
| Defendant(s). | |

This matter comes before the Court on its own motion. On November 17, 2025, Plaintiff filed an application for leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 1. Four days later, the Clerk issued a notice of filing deficiency indicating that Plaintiff submitted the incorrect IFP application form and directing him to file the correct form, which was enclosed in the notice, by December 22, 2025. Dkt. No. 4. Plaintiff did not respond by the deadline. However, he filed a notice of change of address a day later. Dkt. No. 5. Given his change of address, it is unclear whether Plaintiff ever received the notice of filing deficiency.

On January 13, 2026, the Court directed the Clerk to issue a new notice of filing deficiency, extending the time for Plaintiff to correct the deficiency, and to mail it to Plaintiff at his new address. Dkt. No. 6. Due to administrative error, the new notice was not issued (although the order was mailed to Plaintiff at his new address).

SECOND ORDER DIRECTING CLERK TO ISSUE NOTICE OF FILING DEFICIENCY AND SEND IT TO PLAINTIFF'S UPDATED ADDRESS - 1

Accordingly, the Clerk is DIRECTED to issue a new notice of filing deficiency, giving Plaintiff until April 9, 2026, to submit a corrected IFP application, and to mail the new notice, along with the correct IFP application form, to Plaintiff at his new address.

Dated this 19th day of March, 2026.

Kymberly K. Evanson
United States District Judge

SECOND ORDER DIRECTING CLERK TO ISSUE NOTICE OF FILING DEFICIENCY AND SEND IT TO PLAINTIFF'S UPDATED ADDRESS - 2