UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTONIO MCCLAIN,

Plaintiff,

v.

KYNDRA SCOTT,

Defendant.

Case No. C25-2344-KKE

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

Plaintiff has filed an amended application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 12.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's amended application to proceed IFP (dkt. # 12) is GRANTED.[1] However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Kymberly K. Evanson.

//

---

[1] Plaintiff's initial IFP application (dkt. # 10) is DENIED as moot.

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

Dated this 22nd day of April, 2026.

_____

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2