UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONIO MCCLAIN,<br><br>Plaintiff(s),<br>v.<br><br>KENDRA SCOTT,<br><br>Defendant(s). | CASE NO. C25-2344-KKE<br><br>ORDER OF DISMISSAL |

Plaintiff Antonio McClain, representing himself, filed this action and applied to proceed *in forma pauperis*. Dkt. No. 1. On June 6, 2026, the Court dismissed McClain's complaint without prejudice and with leave to amend pursuant to 28 U.S.C. § 1915(e)(2)(B) and ordered him to file an amended complaint, if any, no later than July 2, 2026, warning that failing to file an amended complaint could result in dismissal. Dkt. No. 15. McClain has not filed an amended complaint.

Accordingly, this case is DISMISSED without prejudice for failure to prosecute and failure to comply with a Court order.

Dated this 26th day of August, 2026.

Kymberly K. Evanson
United States District Judge